[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  18-13224
Non-Argument Calendar
_____

D.C. Docket No. 6:17-cr-00168-PGB-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDY WILLIAM BOSCH,

Defendant-Appellant.

_____

No. 18-13226
Non-Argument Calendar
_____

D.C. Docket No. 6:17-cr-00069-PGB-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDY WILLIAM BOSCH,
a.k.a. Andy William Bosh Le Guen,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(August 12, 2019)

Before MARTIN, NEWSOM and BRANCH, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).

2